UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN KNUTH,

      Plaintiff,

v.                                          Case No. 3:18-cv-6-J-39JRK

BMW FINANCIAL SERVICES NA, LLC,

      Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 14; Notice) filed on May 16, 2018. In the Notice, the Plaintiff advises the Court that this case has been resolved. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for January 23, 2019 is cancelled and this case is removed from the February 4, 2019 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **July 16, 2018**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **July 16, 2018** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of May, 2018.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies furnished to:

Counsel of Record
Unrepresented Parties